UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
In Re:                                                                                    ORDER OF DISMISSAL
                                                                                                    FOR
**Tronox Incorporated**                                                    FAILURE TO PROSECUTE
                                                                                        BANKRUPTCY APPEAL

-----------------------------------------------------X                    21-CV-10936 JPC

FROM:  VITO GENNA, CLERK
              UNITED STATES BANKRUPTCY COURT
              SOUTHERN DISTRICT OF NEW YORK

TO:        RUBY J. KRAJICK, CLERK
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF NEW YORK

IN RE: Tronox Incorporated                              BANKRUPTCY CASE: 09-10156 **(MEW)**
DATE OF FILING NOTICE OF APPEAL: 08/30/2021
APPELLANT: R. D. Mosley
BANKRUPTCY DOCUMENT #: 9635

The above- referenced case is forwarded to District Court for possible dismissal. Petitioner has failed to pay the filing fee and Designation of Items to be Included in the Record as required by:

   _X_  FRBP 8009
   ___  Federal Rules of Civil Procedure (Rule _____)
   _X_  28 U.S.C. 1930 - the requirement to pay a filing fee
   ___  Rule 8009-1 from the Local Rules for The United States Bankruptcy Court Southern District of New York.

Dated:  **July 15, 2022**                                               Vito Genna, Clerk
             New York, New York                                       U.S. Bankruptcy Court, SDNY

                                                                                   By:   ___s/ Anatin Rouzeau___
                                                                                                  Deputy Clerk

                                                ORDER

 For the reason(s) set forth above, the appeal is deemed abandoned, and **IT IS THEREFORE ORDERED** that the appeal in the above-entitled action is hereby **DISMISSED.**

Dated _____July 15_____ 20 22                     _____
             New York, New York                                       Judge, United States District Court

I hereby certify that I have this day forwarded a copy of this order to the Clerk of the Bankruptcy Court for the Southern District of New York.

District Court Document # _____                Ruby J. Krajick , Clerk
                                                                                       District Court, SDNY

                                                                                   By: _____
                                                                                               Deputy Clerk